IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSE C. IBARRA,

      Petitioner,

v.                                                      CIV 10-0392 WJ/KBM

RAY TERRY,

      Respondent.

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

      The Magistrate Judge filed her proposed findings on May 17, 2010, recommending that the United States' motion to dismiss be granted. *See Doc. 8.* Neither the motion nor the proposed findings indicate whether the dismissal should be with or without prejudice. Based on the reasons for the dismissal, however, I find it should be without prejudice. *See Doc. 7* at 3 (*Zadvydas* claim premature; *Demore* claim unexhausted).

      The proposed findings notify Petitioner of his ability to file objections and that failure to do so waives appellate review. To-date, Petitioner has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 8)* is ADOPTED;

2. Respondents' Motion to Dismiss *(Doc. 7)* is GRANTED insofar as it seeks dismissal without prejudice;

3. The petition is dismissed **without prejudice;** and

4. A final order enter concurrently herewith.

_____
UNITED STATES DISTRICT JUDGE